Marc Van Der Hout (California Bar #80778)
Johnny Sinodis (CA Bar #290402)
Oona Cahill (CA Bar #354525)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

Attorneys for Petitioner-Plaintiff
T.P.S.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P.S.,<br><br>　　　Petitioner-Plaintiff,<br><br>　　v.<br><br>Sergio ALBARRAN, et al;<br><br>　　　Respondents-Defendants. | Case No.  2:25-cv-3298-JDP<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING AND HEARING SCHEDULE AND [PROPOSED] ORDER** |

Petitioner-Plaintiff and Respondents-Defendants (collectively referred to as the "Parties") hereby stipulate and jointly request the following modification to the briefing and hearing schedule for good cause.

The parties previously submitted a stipulation to the Court regarding modifications to the briefing and hearing schedule in this matter that was granted. ECF Nos. 14, 15. On November 16, 2025, the Honorable Judge Calabretta referred this matter to the calendar of the Honorable Judge Peterson and vacated all deadlines in this matter, including the hearing that had been previously set. ECF No. 33. On November 26, 2025, Defendants filed a consolidated response to Plaintiff's motion for preliminary injunction and a motion to dismiss. ECF No. 34.

The parties have met and conferred and have agreed to set a briefing and hearing schedule, in light of the vacatur of existing deadlines. Given the parties briefing and hearing schedules in other matters, the upcoming holidays, and Petitioner's counsel's imminent paternity leave, a modification is warranted. The parties further agree that the TRO that the Court issued on June 30, 2025, may be extended pending the briefing and hearing of this matter.

Accordingly, subject to the Court's approval, the Parties stipulate to revise the briefing and hearing schedule as follows:

- Plaintiff may file a consolidated reply in support of the motion for preliminary injunction and response to Defendants' motion to dismiss by December 17, 2025.
- The Court shall hold an in-person hearing on February 5, 2026, at 10:00 a.m.

Respondents are prepared to submit on the briefs if the Court determines that resolution without oral argument is appropriate.

The Parties further stipulate that the Court's Order entered on June 30, 2025, shall remain in effect until February 5, 2026, at 10:00 a.m. or until further order of the Court.

Dated: December 9, 2025                    Respectfully Submitted,

/s/ Johnny Sinodis
Marc Van Der Hout
CA SBN 80778
Johnny Sinodis
CA SBN 290402
Oona Cahill
CA SBN 323525
VAN DER HOUT LLP

1
2
3

360 Post St., Suite 800
San Francisco, CA 94104
T: (415) 981-3000
F: (415) 981-3003
ndca@vblaw.com

4

ATTORNEYS FOR PETITIONER

5
6

ERIC GRANT
United States Attorney

7
8

<u>/s/ David Spencer</u>
Assistant United States Attorney

9

ATTORNEY FOR RESPONDENTS

10
11

*Pursuant to Civ. L.R. 5-1(i)(3) the filer of this document has obtained the approval of these signatories.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION – 2
CASE NO. 2:25-cv-03298-JDP

**[PROPOSED] ORDER**

Having reviewed the Parties' joint stipulation and upon good cause showing IT IS HEREBY ORDERED that Plaintiff's consolidated reply in support of his motion for a preliminary injunction and opposition to Defendants' motion to dismiss is due on December 17, 2025, and a hearing on both motions will be conducted on Thursday, February 5, 2026, at 10:00 a.m. IT IS FURTHER ORDERED that the temporary restraining order issued on June 30, 2025, will remain in effect until February 5, 2026, at 10:00 a.m. or further Order of the Court.

IT IS SO ORDERED.

Dated:   December 12, 2025                                    _____
                                                                               JEREMY D. PETERSON
                                                                               UNITED STATES MAGISTRATE JUDGE